In the Matter of the Application of the MAYOR, ALDERMEN, AND COMMONALTY OF THE CITY OF NEW YORK, Appellant and Respondent, Relative to Acquiring Lands Required for the Opening of Mount Vernon Avenue.

ALFRED HUTTER et al., as Executors of LEOPOLD HUTTER et al., Respondents and Appellants.

*Matter of Mayor, etc., of New York (Mount Vernon Ave.),* 138 App. Div. 897, affirmed.

(Argued September 26, 1910; decided October 11, 1910.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 6, 1910, which modified and affirmed as modified an order of Special Term in so far as it allowed interest on certain awards made in the above entitled proceeding.

*Archibald R. Watson, Corporation Counsel (Theodore Connoly, Joel J. Squier* and *G. E. Draper* of counsel), for city of New York, appellant and respondent.

*Merle I. St. John* for Hutter et al., respondents and appellants.

Order affirmed, without costs. The language of section 1001 of the charter of New York city, which limits the right to interest in regular course to the period of six months, unless within that time a demand shall be made, has no application to the period following a demand made after the expiration of six months, and does not forbid the allowance of interest in the latter case from the time when a proper demand is made; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ. Absent: WILLARD BARTLETT, J.